Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−34281−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juddy B Murillo
   PO Box 7419
   Paterson, NJ 07509

Social Security No.:
   xxx−xx−3774

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/18/19 at 10:00 AM

to consider and act upon the following:

*63* − Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 16−18 Belmont Avenue, Paterson, NJ, 07522. Fee Amount $ 181. filed by Creditor HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass− Through Certificates, Series 2007−BAR1, 56 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass− Through Certificates, Series 2007−BAR1. Objection deadline is 03/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

*64* − Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 16−18 Belmont Avenue, Paterson, NJ, 07522. Fee Amount $ 181. filed by Creditor HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass− Through Certificates, Series 2007−BAR1, 56 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass− Through Certificates, Series 2007−BAR1. Objection deadline is 03/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for Deutsche Alt−A Securities, Inc., Mortgage Pass− Through Certificates, Series 2007−BAR1) filed by Russell L. Low on behalf of Juddy B Murillo. (Low, Russell)

Dated: 3/28/19

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Juddy B Murillo  
    Debtor

Case No. 13-34281-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 28, 2019  
                           Form ID: ntchrgbk     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
```
db             +Juddy B Murillo,    PO Box 7419,    Paterson, NJ 07509-7419
cr             +AMERICAS SERVICING COMPANY, AS Servicer For HSBC B,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Deutsche Bank National Trust Company as Trustee fo,    c/o Stern & Eisenberg, PC,
                1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
cr             +Wells Fargo Bank NA servicer for HSBC Bank USA Nat,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
```
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank NA servicer for HSBC Bank USA
           National Association as Trustee for Deutsche Alt-A Securities inc., Mortgage Pass-Through
           Certificates Series 2007-BAR1 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    AMERICAS SERVICING COMPANY, AS Servicer For HSBC BANK
           USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2007-BAR1 ("ASC") nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Deutsche Alt-A Securities, Inc., Mortgage Pass- Through Certificates, Series 2007-BAR1
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Jennifer R. Gorchow    on behalf of Creditor    Wells Fargo Bank NA servicer for HSBC Bank USA
           National Association as Trustee for Deutsche Alt-A Securities inc., Mortgage Pass-Through
           Certificates Series 2007-BAR1 nj.bkecf@fedphe.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Deutsche Alt-A Securities, Inc., Mortgage Pass- Through Certificates, Series 2007-BAR1
           rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Juddy B Murillo rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Steven K. Eisenberg    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           IndyMac INDX Mortgage Loan Trust 2006-AR8, Mortgage Pass-Through Certificates Series 2006-AR8,
           by its servicing agent Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
```
                                                                                                                                                           TOTAL: 8